[Crim. No. 551.   First Appellate District.—November 11, 1914.]

## THE PEOPLE, Respondent, v. EDWARD ZERMAN, Appellant.

CRIMINAL LAW—SUFFICIENCY OF EVIDENCE.—In this prosecution it is held that the evidence was sufficient to support the verdict and judgment.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco and from an order refusing a new trial.   Frank H. Dunne, Judge.

The facts are stated in the opinion of the court.

James F. Sheehan, for Appellant.

U. S. Webb, Attorney-General, John H. Riordan, Deputy Attorney-General, for Respondent.

THE COURT.—We are satisfied that the point made in this case in support of the appeal is not well taken,—namely, that the evidence is insufficient to support the verdict and judgment.   From a reading and consideration of the evidence we are satisfied that the contrary is the case.   The judgment and order appealed from are affirmed.